# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

TYREN TERRELL THOMPSON                                                                    PLAINTIFF

V.                                          NO: 4:10CV01191 BRW

AARON DUVALL *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of September, 2011.

                                        /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE